CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
October 09, 2026
LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| LARRY GENE HARLESS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:26-cv-00263 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| JOSHUA S. CUMBOW and LORETT DOYLE, | ) | By: Hon. Thomas T. Cullen<br>United States District Judge |
| | ) | |
| Defendants. | ) | |

Plaintiff Larry Gene Harless, Jr., proceeding *pro se*, filed this civil-rights action under 42 U.S.C. § 1983 against Defendants Joshua S. Cumbow and Lorett Doyle. (*See* ECF No. 1.) By order entered April 2, 2026, the court advised Plaintiff that he must notify the court in writing immediately upon his transfer or release and provide the court with his new address. (ECF No. 3 at 3.) The court cautioned Plaintiff that the failure to notify the court of such a change of address would result in dismissal of this action. (*Id.*)

On August 31, 2026, after determining that Plaintiff had at least three "strikes" within the meaning of the Prison Litigation Reform Act and that his complaint did not plausibly demonstrate that he is in imminent danger of serious physical harm, the court ordered Plaintiff to pay the full filing fee within 30 days in order to proceed with his claims. (ECF Nos. 7, 8.) The court cautioned Plaintiff that "[f]ailure to pay the fee in full or otherwise respond to this Order within the time allowed will result in the immediate dismissal of this action without prejudice." (ECF No. 8 at 1.)

On September 14, 2026, the order mailed to Plaintiff was returned to the court as undeliverable. (*See* ECF No. 9.) To date, Plaintiff has not notified the court of any changes to his address or paid the filing fee. Based on Plaintiff's failure to comply with the court's orders or to pay the filing fee, the court will **DISMISS** this action **WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) and 28 U.S.C. § 1914.

The Clerk is directed to send copies of this Memorandum Opinion and the accompanying Order to Plaintiff at his last known address.

**ENTERED** this 9th day of October, 2026.

HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE